## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WAYNE P. FORLENZA ,**

      **Plaintiff,**

**-vs-**                                                                    **Case No. 6:05-cv-1057-Orl-DAB**

**BALBHADR TRUCKING CORP. and**
**ZAMELA BALBHADR,**

      **Defendants.**

_____

### ORDER

This cause comes before the Court on its own initiative. The Court entered a Scheduling Order (Doc. No. 14) on November 3, 2005, setting certain deadlines. The parties filed a Joint Report Regarding Settlement on December 9, 2005 stating that they had not settled but wished to mediate with Leo P. Rock, Jr., Esq., after January 15, 2006. Doc. No. 17. It is **ORDERED** that the parties will file a Case Management Report by January 20, 2006 as required by the Scheduling Order (if the case is not settled).

**DONE** and **ORDERED** in Orlando, Florida on December 13, 2005.

                                                  *David A. Baker*

                                        DAVID A. BAKER
                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record